# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY COVELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZING LASH STUDIO FRANCHISE LLC, N/K/A NSG NORTHERN SUN GROUP, LLC, an Arizona limited liability company; AMAZING LASH FRANCHISE, LLC, a Delaware limited liability company; LA COSTA AMAZING LASH STUDIO, an unknown entity, and DOES 4-100, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-01613-CAB-WVG<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>[Doc. No. 38] |

Upon consideration of the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice as to Plaintiff Brittany Covell's individual claims against Defendants Amazing Lash Franchise, LLC, NSG Northern Sun Group, LLC f/k/a Amazing Lash Studio Franchise, LLC, and Zoie Corporation dba La Costa Amazing Lash Studio pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and **WITHOUT** prejudice as to any class claims. Each party shall bear its own attorneys' fees and costs.

Dated: July 15, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge